IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES D. WILLIAMS                                                                                    PLAINTIFF

v.                                             Civil No. 4:18-cv-4059

SHERIFF JACKIE RUNION, Miller County,
Arkansas; WARDEN JEFFIE WALKER,
Miller County Detention Center ("MCDC");
CAPTAIN GOLDEN ADAMS, MCDC;
SERGEANT ALLEN GRIFFEN, MCDC;
LIEUTENANT MILLER, MCDC; and
SERGEANT GUTHERIE, MCDC                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 30, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Bryant recommends that the Court dismiss Defendant Allen Griffen as a defendant in this case pursuant to Federal Rule of Civil Procedure 4(m) in light of Plaintiff's failure to provide the Court with information for service on him.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Accordingly, Plaintiff's claims against Defendant Griffen are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge