IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES D. WILLIAMS                                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-4059

SHERIFF JACKIE RUNION, Miller County,
Arkansas; WARDEN JEFFIE WALKER,
Miller County Detention Center ("MCDC");
CAPTAIN GOLDEN ADAMS, MCDC;
LIEUTENANT MILLER, MCDC; and
SERGEANT GUTHERIE, MCDC                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 30, 2019, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF

No. 34). Judge Bryant recommends that the Court grant Defendants' summary judgment motion (ECF

No. 27) and dismiss all remaining claims in this case. Specifically, Judge Bryant recommends that the

Court dismiss Plaintiff's claims related to his legal mail with prejudice and dismiss Plaintiff's

conditions of confinement claims without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has

passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF

No. 34) *in toto*. Accordingly, Defendants' summary judgment motion (ECF No. 27) is hereby

**GRANTED**. Plaintiff's claims related to his legal mail are hereby **DISMISSED WITH PREJUDICE**

and his conditions of confinement claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of

Court is **directed** to close this case because all claims have been dismissed.

**IT IS SO ORDERED**, this 29th day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge